# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,** <br>     Plaintiff, <br>   vs. <br> **WHISPERS CAFE & CREPERIE INC,** <br>     Defendant. | Case No. 4:21-cv-06907-YGR <br><br> **ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT** <br><br> Re: Dkt. No. 11 |

Plaintiff filed a notice of settlement and request to vacate all currently set dates. (Dkt. No. 11.) Accordingly, it is **ORDERED** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within seventy-five (75) days from the date below, that settlement has not in fact occurred, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: **March 18, 2022**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**